UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY P. THOMAS,<br>    12220 Firth of Tae Drive<br>    Fort Washington, Maryland 20744,<br><br>        Plaintiff,<br><br>v.<br><br>CHUCK CONNER,<br>    Acting Secretary of Agriculture,<br>    U.S. Department of Agriculture<br>    1400 Independence Ave., S.W.<br>    Washington, DC 20250,<br><br>        Defendant | Civil Action No. _____ |

## COMPLAINT
(Employment Discrimination and Retaliation)

### Introduction

1. Plaintiff, Mary P. Thomas, brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*, and 42 U.S.C. § 1981a, to remedy acts of discrimination in employment practices by the U.S. Department of Agriculture based on her race (African American) and sex (female) and in retaliation for prior EEO activity.

### Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16(c). Plaintiff has exhausted her administrative remedies by filing administrative charges of discrimination more than 180 days before filing this action. A final agency decision in this matter has not yet been issued.

-2-

### Venue

3.  Pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-5(f)(3), venue is proper in this judicial district as plaintiff was employed by the U.S. Department of Agriculture in the District of Columbia which is where the acts of discrimination complained of took place, and where plaintiff's personnel records are maintained by defendant.

### Parties

4.  Plaintiff Mary P. Thomas is an African-American citizen of the United States and of the State of Maryland. She has been employed at the U.S. Department of Agriculture for more than twenty-five years.

5.  Defendant is Chuck Conner, the "acting" Secretary of Agriculture is the head of the U.S. Department of Agriculture (USDA). The USDA is a department within the government of the United States that has employed more than 500 persons in each of the last 20 weeks. Mr. Conner is here sued in his official capacity only.

### Statement of Facts

6.  Plaintiff is an African-American female who has worked at the USDA for more than twenty-five years. She is currently a GS-15 Management Analyst in the Natural Resources Conservation Service Operations Management Division in Washington, DC.

7.  From 1999 to 2005, Plaintiff was the Chief Information Office (CIO) and Director of the Information Technology Division. Although all four of the white men who have recently held this position were graded and paid at the Senior Executive Service (SES) level, Ms. Thomas was graded and paid as a GS-15 because she is black and/or female.

8.  From 1999 to 2004, Plaintiff received "Outstanding" performance ratings and annual cash awards.

9. Despite repeated promises of a promotion, Ms. Thomas's supervisors refused to promote her to the same level as white employees holding similar positions. Therefore, she filed a formal complaint in November 2004.

10. The Agency refused to investigate Ms. Thomas' claim. Therefore, on May 17, 2005, she requested a hearing before an Administrative Judge of the Equal Employment Opportunity Commission (E.E.O.C.).

11. While Ms. Thomas pressed her claim before the E.E.O.C., the Agency stripped her of her responsibilities and transferred her twice to different positions with almost no work or responsibility. Ms. Thomas was demoted from her executive position to a management analyst position reporting to another GS-15. The duties of the new positions did not include supervisory responsibilities and were far less substantive than her executive position. She has also been cut off from agency meetings and other high level events.

12. In or around October 2005, Plaintiff applied for a CIO position at the SES level. She made the best qualified list but, because she is a black female who has complained of discrimination against the selecting official, she was not interviewed. Instead, Mr. Knight, against whom Plaintiff had filed two EEO complaints, selected a less qualified white male with no prior EEO history--even though he was ranked lower on the best qualified list than Plaintiff.

### Statement of Claims

14. By decisions, actions, and/or omissions as outlined herein above at paragraph numbers 6 through 12, defendant discriminated against plaintiff on account of her race and sex and retaliated against her for reporting discrimination.

15. As a result of the aforementioned unlawful discrimination in employment practices at the USDA, plaintiff has suffered and continues to suffer severe curtailment of her career opportunities, loss of pay, personal and professional humiliation, and emotional pain and suffering.

### Prayer for Relief

WHEREFORE, plaintiff prays that this Court enter judgment in her favor and against defendant on her claims of Title VII violations brought herein and provide her with the following relief:

(a) award plaintiff compensatory against defendant in the amount of $300,000;

(b) order defendant to place plaintiff in the CIO position at the SES level;

(c) award plaintiff back pay, bonuses, and other compensation she would have received absent discrimination and retaliation, with interest thereon;

(d) order defendant to correct all records, including plaintiff's official personnel folder to document the relief awarded herein;

(e) enjoin defendant and USDA management from discriminating and/or retaliating against plaintiff in the future;

(f) order defendant to change plaintiff's performance appraisals to reflect "Outstanding" ratings from 2004 to the present;

(g) award plaintiff the costs of bringing and maintaining this action and the administrative charges that preceded it, including reasonable attorneys' fees, pursuant to 42 U.S.C. 2000e-5(k); and

(h) award plaintiff such other and further relief as the interests of justice may require.

### Jury Demand

Plaintiff hereby requests a jury trial on all issues of fact and damages.

Respectfully submitted,

*/s/ Ellen K. Renaud*

Richard L. Swick
Bar No. 936930
Ellen K. Renaud
Bar No. 479376
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418
rlswick@swickandshapiro.com

Attorneys for Plaintiff

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-42 RMU

**I (a) PLAINTIFFS**

MARY P. THOMAS

88888

**DEFENDANTS**

CHUCK CONNOR

CLERK
US DISTRICT & BANKRUPTCY COURTS
2008 JAN -8 PM 4:15
RECEIVED

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** PG COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Richard Swick
SWICK & SHAPIRO
1225 Eye Street NW, Suite 1290
Washington DC 20005

Case: 1:08-cv-00042
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/8/2008
Description: Employ. Discrim.

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)** OR **○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

NOT CONNER

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ⊙ *H. Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII Civil Rights Act of 1964, 42 U.S.C. §§ 2000e and 42 U.S.C. § 1981a. Discrimination and retaliation against Plaintiff.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 1,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:  YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE January 8, 2008   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.