UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mary P. Thomas, | ) |
|       Plaintiff | ) |
| v. | ) Civil Action No. 1:08-cv-00042 |
| | ) ECF |
| Chuck Connor, Acting Secretary | ) |
| U.S. Department of Agriculture | ) |
|       Defendant | ) |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February I caused the foregoing Notice to be served on, **Richard L Swick,** attorney for Plaintiff, by first class mail postage prepaid, addressed as follows:


Richard L. Swick
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel (202)842-0300
Fax(202)842-1418
rlswick@swickandshapiro.com

                                            __/s/_____
                                            Raymond A. Martinez
                                            Special Assistant United States Attorney
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 514-9150