AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mary P. Thomas,
   12220 Firth of Tae Drive
   Fort Washington, MD 20744,
         Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Chuck Connor,
Acting Secretary,
Department of Agriculture
   1400 Independence Avenue, S.W.
   Washington, DC 20250

         Defendant.

CASE NUMBER:   1:08-cv-00042-RMU

TO: (Name and address of Defendant)

**Honorable Peter Keisler**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Swick
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01/28/2008 |
| NAME OF SERVER (PRINT) Jermaine Brown | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail # 7099 3400 0011 3693 2197

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/08
Date

Signature of Server

SWICK & SHAPIRO, P.C.
ATTORNEY AT LAW
Address of Server 225 EYE ST, NW SUITE 1290
WASHINGTON, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Peter Keisler
U.S. Deptartment of Justice
950 Pennsylvania Avenue, N.W
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Deliver

C. Signature  *Emmet L Parkin*
X                 JAN 2 8, 2008
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0011 3693 2197

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

+ Mary Thomas