**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chuck Connor
U.S. Dept. of Agriculture
1400 Independence Ave. S.W.
Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*

B. Date of Delivery 3-18-08

C. Signature

X

☑ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*

7099 3400 0011 3693 2166

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

Mary P. Thomas

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mary P. Thomas
12220 Firth of tae Drive
Fort Washington MD 20744

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Chuck Connor
Acting Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue SW
Washington DC 20250

Defendant.

CASE NUMBER: 1:08-cv-00042-RMU

TO: (Name and address of Defendant)

Chuck Connor
Acting Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue SW
Washington DC 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Swick
SWICK & SHAPIRO, P.C.
1225 Eye Street NW
Suite 1290
Washington DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 30 2008
DATE

Jackie Francis
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3-18-08 |
|---|---|
| NAME OF SERVER *(PRINT)* Sermaine Brown | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Certified Mail # 7099 3400 0011 3693 2166

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/19/08
Date

[signature]
*Signature of Server*

______
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.