UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY P. THOMAS,                )<br>                                              )<br>    Plaintiff,                           )<br>                                              )<br>    v.                                      )<br>                                              )<br>CHUCK CONNOR,              )<br>Acting Secretary                    )<br>U.S. Department of Agriculture )<br>                                              )<br>    Defendant.                       )<br>                                              ) | Civil Action No. 1:08-cv-00042 (RMU) |

**REPORT PURSUANT TO RULE 16.3**

Pursuant to LCvR 16.3 the parties hereby report to the Court that counsel for the parties conferred by telephone on April 1, 2008 As a consequence of this conference, the parties hereby report to the Court as follows:

**(1)** **Dispositive Motions.** There are no pending motions. However, defendant believes that this case may be resolved through a dispositive motion. Defendant also believes that discovery should be stayed at this time in order for the parties to explore mediation. The Plaintiff does not believe that discovery should be stayed at this time.

**(2)** **Deadline for joining additional parties or amending pleadings.** Neither plaintiff nor defendant anticipate joining additional parties or amending their pleadings. Neither party believes that the legal or factual issues can be narrowed at this time.

**(3)** **Assignment to Magistrate Judge.** The parties consent to the assignment of this case to a Magistrate Judge.

**(4)** **Prospects of Settlement.** Defendant anticipates that there is a realistic possibility for settlement at this time. Prior to Plaintiff filing her complaint in Federal Court, mediation had begun before the Equal Employment Opportunity Commission, but was not completed. The Plaintiff does not see a realistic possibility for settlement at this time.

**(5)** **Alternative Dispute Resolution.** Counsel for the Defendant has consulted with his client and agrees that Alternate Dispute Resolution by referral to mediation, appears appropriate at this time. The Plaintiff believes that Alternative Dispute Resolution does not appear appropriate at this time.

**(6)** **Resolution by Summary Judgment.** Any motions for summary judgment should be filed within 60 days after the close of discovery.

**(7)** **Initial Disclosures**. The parties have agreed to make Initial Disclosures within 30 days of the entry of the scheduling order.

**(8)** **Limitations on discovery.**

   **(a)** **Number of interrogatories.** Twenty-five per side.

   **(b)** **Number of depositions.** Eight (8) depositions per side.

   **(c)** **Duration of depositions.** Seven hours per deposition.

   **(d)** **Need for protective order.** Due to sensitive personal and/or medical information that may be exchanged, the parties may submit a proposed order protecting such information for the Court's approval.

   **(e)** **Date for completion of discovery.** One hundred eighty days from the date of entry of scheduling order by the Court.

**(9)** **Exchange of Expert Witness Information.**

    (a)    Plaintiff's Disclosures:    60 days after entry of the scheduling order.

    (b)    Defendant's Disclosures:    60 days after plaintiff's disclosure(s).

**(10)** **Class Action procedures.** Not applicable.

**(11)** **Bifurcation of Trial and/or Discovery.** Plaintiff believes that it is not appropriate for this case. Defendant is not sure at this time.

**(12)** **Date for Pretrial Conference.** The parties request that the Court set a pretrial date 30 days after ruling on any motion for summary judgment or 30 days after the cut-off date for filing dispositive motions if no such motion is filed.

**(13)** **Trial Date.** Plaintiff requests that a trial date be set now for some time in the Fall of 2008. Defendant requests that a trial date be set at the Pretrial Conference.

**(14)** **Other Matters.** None.

|  |  |
|---|---|
| _____<br>Richard L. Swick<br>SWICK & SHAPIRO, P.C.<br>1225 Eye Street, N.W.<br>Suite 1290<br>Washington, D.C. 20005<br>Tel. (202)842-0300<br>Fax (202)842-1418'<br>rlswick@swickandshapiro.com<br><br>Attorney for Plaintiff |    /s/_____<br>JEFFREY A. TAYLOR, D.C. Bar # 488610<br>United States Attorney<br><br>   /s/_____<br>RUDOLPH CONTRERAS, D.C. Bar # 434121<br>Assistant United States Attorney<br><br>   /s/_____<br>Raymond A. Martinez, TX Bar # 13144015<br>Special Assistant United States Attorney<br>Judiciary Center Building, Rm. E4208<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 305-4851<br><br>Attorneys for Defendant |

**Certificate Of Service**

I certify that on this 17th day of April I caused the above and forgoing Joint report pursuant to 16.3 to be mailed postage paid to:

Richard L. Swick
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington D.C. 2005
Tel. (202)842-0300
Fax; (202) 842-1418
rlswickandshapiro.com