REFERRAL TO MAGISTRATE JUDGE

CATEGORY: H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | JOB DISCRIMINATION | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-0042 | DATE REFERRED:<br>4/28/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT CONFERENCE | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>JOHN M. FACCIOLA |// 

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| MARY THOMAS | CHUCK CONNER |

ENTRIES:

CASE REFERRED TO MAGISTRATE JUDGE FACCIOLA FOR SETTLEMENT DISCUSSIONS TO BE HELD ON 5/20/2008 AT 10:00 A.M. IN CHAMBERS.