REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | JOB DISCRIMINATION | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-42 | DATE REFERRED:<br>4/28/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>ALL PURPOSES | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>MARY THOMAS | DEFENDANT(S):<br>CHUCK CONNER |
|---|---|

| ENTRIES: |
|---|
| CASE REFERRED TO MAGISTRATE JUDGE ALAN KAY FOR ALL PURPOSES INCLUDING TRIAL. |