UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY P. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08-cv-00042 (RMU) |
| CHUCK CONNOR,<br>Acting Secretary<br>U.S. Department of Agriculture | ) |
| Defendant. | ) |

### Notice of Appearance

The Clerk of the Court will please enter the appearance of Richard L. Swick as co-counsel for the plaintiff in the above captioned case.

Respectfully submitted,

/s/ Ellen K. Renaud

Richard L. Swick
D.C. Bar No. 936930
Ellen K. Renaud
D.C. Bar No. 479376
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
(202) 842-1418 (facsimile)

Attorneys for Plaintiff