UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY P. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHUCK CONNOR, )<br>Acting Secretary )<br>U.S. Department of Agriculture )<br>)<br>Defendant. )<br>) | Civil Action No. 1:08-cv-00042 (RMU) |

**Notice of Appearance**

The Clerk of the Court will please enter the appearance of Richard L. Swick as co-counsel for the plaintiff in the above captioned case.

Respectfully submitted,

*/s/ Ellen K. Renaud*

Richard L. Swick
D.C. Bar No. 936930
Ellen K. Renaud
D.C. Bar No. 479376
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
(202) 842-1418 (facsimile)

Attorneys for Plaintiff